377 A.2d 165

Commonwealth v. Brewer, Appellant.

Submitted March 14, 1977.   Arthur K. Dils, and Dils & Diveglia, for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.